# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
NOV 05 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 10CR0343 LJO
Ronald John Salado )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Ronald John Salado___, have discussed with ___Lydia J. Serrano___, Pretrial Services Officer, modifications of my release conditions as follows:

Adding the following condition: You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control.

All other previously ordered conditions of release not in conflict with this modification to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 10-19-10     _____ 10-19-10
Signature of Defendant          Date          Pretrial Services Officer       Date
Ronald John Salado                            Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                     11/5/10
Signature of Assistant United States Attorney                    Date
Kirk E. Sherriff

I have reviewed the conditions with my client and concur that this modification is appropriate.

x _____                   x 10/19/2010
Signature of Defense Counsel                      Date
Frank C. Carson

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___Nov 5, 2010___.
☐ The above modification of conditions of release is *not* ordered.

_____                     Nov 5, 2010
Signature of Judicial Officer                     Date
Lawrence J. O'Neill

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services