# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**

FEB 0 1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

|  |  |  |
|---|---|---|
| **United States of America** | ) | |
| vs. | ) | **Case No.** 10CR0343 LJO |
| Ronald John Salado | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Ronald John Salado___ , have discussed with ___Lydia J. Serrano___ , Pretrial Services
Officer, modifications of my release conditions as follows:

Deleting the following conditions: You shall seek and/or maintain employment, and provide proof thereof to
the Pretrial Services Officer upon request.

All other previously ordered conditions of release not in conflict with this modification to remain in full force
and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

Signature of Defendant        Date  1-25-11
Ronald John Salado

Pretrial Services Officer        Date  1-26-11
Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

Signature of Assistant United States Attorney        Date  1/27/11
Kirk E. Sherriff

I have reviewed the conditions with my client and concur that this modification is appropriate.

Signature of Defense Counsel        Date  1/25/11
Frank C. Carson

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on ___2/1/11___.

☐ The above modification of conditions of release is *not* ordered.

Signature of Judicial Officer        Date  2/1/11
Gary S. Austin

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services

JAN 2 6 2011

PRETRIAL SERVICES AGENC
FRESNO OFFICE