BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
STANLEY A. BOONE
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:10-cr-00343 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO EXCUSE AUSA BRIAN W. ENOS FROM JURY SERVICE; ORDER |
| v. | ) ) | |
| RONALD JOHN SALADO, | ) ) ) | Trial Date: Oct. 31, 2011<br>Time: 8:30 a.m<br>Court: 4 |
| Defendant. | ) ) | (Hon. Lawrence J. O'Neill) |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Assistant United States Attorney Brian W. Enos be excused for cause from serving as a juror in this case.

   The parties base this stipulation on good cause, in that Mr. Enos (1) works in the same prosecution unit as counsel for the United States, and (2) has been summoned to serve as a juror in this case (Participant No. 100454363). Last week Mr. Enos contacted the jury service coordinator about his summons, and based on that conversation learned that his Participant Number was low enough to render it

likely that he would indeed be required to appear for service.

    IT IS SO STIPULATED.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated: October 21, 2011    By: /s/ Kirk E. Sherriff
                               KIRK E. SHERRIFF
                               STANLEY A. BOONE
                               Assistant U.S. Attorney

                               Attorneys for the United States



Dated: October 21, 2011        /s/ Frank C. Carson
                               FRANK C. CARSON
                               Attorney for Defendant
```

**ORDER**

IT IS CLEAR THAT THERE IS A CONFLICT IN HIS SERVICE IN THIS CASE, AND TO REQUIRE HIS ATTENDANCE WOULD BE A WASTE OF SCARCE PUBLIC FUNDS.  HE IS EXCUSED FROM HIS SERVICE IN THIS CASE.

IT IS SO ORDERED.

**Dated:   October 25, 2011**            /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE