ADAM J. STEWART, SBN 167403
LAWRENCE T. NIERMEYER, SBN 157440
1020 15th Street, Ste. 22
Modesto, CA 95354
Telephone: (209) 525-0522
Facsimile: (209) 526-4703

**FILED**

OCT 27 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

Attorney for Adam Stewart

# UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES of AMERICA | CASE NO. 1:10 - cr - 00343 LJO |
| vs | ORDER - TO QUASH SUBPOENA |
| RONALD JOHN SALADO | |

On October 27, 2011, at 10:00 a.m. the Motion To Quash Subpoena issued on October 7, 2011 and served on Adam J. Stewart came on regularly for hearing in Department 4 of the above-entitled Court before the Honorable Lawrence J. O'Neill, U.S. District Judge.

Lawrence T. Niermeyer appeared on behalf of Adam J. Stewart, Frank C. Carson appeared on behalf of Ronald J. Salado and Kirk Sherriff appeared on behalf of the United States Attorney's Office.

Following oral argument and giving due consideration to the pleadings on file herein, the Court hereby GRANTS the Motion To Quash Subpoena.

Wherefore, Adam J. Stewart is hereby relieved of any obligation to appear and give testimony in the above-entitled matter pursuant to the Subpoena.

IT IS HEREBY SO ORDERED

DATED: 10/27/11

_____
LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE