```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIRK E. SHERRIFF
    STANLEY A. BOONE
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:10-cr-00343 LJO |
|---|---|
| Plaintiff, | ) ORDER FOR FORFEITURE MONEY |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| RONALD JOHN SALADO, | ) |
| Defendant. | ) |

Based upon the United States' Application for Forfeiture Money Judgment [Doc. 145], and the testimony and other evidence at the trial in this case,

IT IS HEREBY ORDERED that:

1. Defendant Ronald John Salado shall forfeit to the United States the sum of $2,477,855, and the Court imposes a personal forfeiture money judgment against defendant in that amount. The Court determines that the evidence supports a money judgment in the amount of $2,477,855 in this case.

2. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S.

Department of the Treasury, Internal Revenue Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Department of the Treasury, Internal Revenue Service, in its secure custody and control.

    3.  This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

    4.  The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $2,477,855 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

**Dated:   February 1, 2012**               /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE