1  FRANK C. CARSON (CSB# 136261)
   The Law Offices of Frank C. Carson
2  811 15th Street
   Modesto, CA 95354
3  Phone:    209-549-0984
   Fax:      209-522-4024
4

**FILED**

MAR 1 4 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

5  Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-CR-00343 LJO |
| Plaintiff, | [PROPOSED] ORDER RE: EXONERATION OF BOND AND RECONVEYANCE OF REAL PROPERTY (AMENDED) |
| v. | |
| RONALD JOHN SALADO, | |
| Defendant. | |

## ORDER

On October 12, 2010, a Deed of Trust and Straight Note were posted by Daniel A. Salado (Deed No. 2010-0032349) and Pauline M. Salado and Clarence A. Salado (Deed No. 2010010831) on behalf of Defendant, Ronald John Salado. On October 13, 2010 Defendant Salado was released from custody pursuant to court Order. On November 14, 2011, the jury found the Defendant was guilty and he was remanded into custody. The defendant remains in custody.

Accordingly, **IT IS HEREBY ORDERED** that the property bond in the above-captioned case be exonerated and title to the real property located in California, be reconveyed to the owners. It is further ordered that all correspondence regarding reconveyance of the posted property be sent to them respectively at the addresses

1  previously provided to the court.

2
3  Dated:         March 14, 2012                                          *signature*
4                                                              ~~Chief Magistrate~~ Judge
                                                                U.S. District