ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:          Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
RONALD JOHN SALADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | CASE NO.  1:10CR00343-NONE |
| Plaintiff, ) | ORDER REGARDING RECONVEYANCE OF REAL PROPERTY AND EXONERATION OF BOND |
| v. ) | |
| RONALD JOHN SALADO, ) | |
| Defendant. ) | |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

On September 17, 2010, a Deed/Trust Doc-2010-0083875-00 was posted by Ronald Salado, as a single man as Trustor to the U.S. District Court for the Eastern District of California, Trustee and as Beneficiary described as:

Lot 12 in block 6832 of Northgate subdivision NO. 3 as per map thereof sited on

September 12, 1960, in Volume 19 of maps, at page 48, Stanislaus County Records.

APN0059-005-050.

This case having been closed is hereby **ORDERED** that:

The Deed of Trust, DOC-2010-0083875-00 posted by Ronald Salado, as a single man

as Trustor to the US. District Court, for the Eastern District of California, Trustee and as Beneficiary described as:

> Lot 12 in block 6832 of Northgate subdivision NO. 3 as per map thereof sited on September 12, 1960, in Volume 19 of maps, at page 48, Stanislaus County Records. APN0059-005-050.
>
> Be **RECONVEYED** to: The Ronald Salado Family Trust and that the Property Bond in the above-Entitled case be exonerated forthwith.

IT IS SO ORDERED.

Dated: __October 14, 2021__            _____
                                        UNITED STATES DISTRICT JUDGE